# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-03035-01-CR-S-ODS |
| | ) | |
| JOSHUA T. CAPRARELLA, | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore ORDERED that the defendant be declared competent to stand trial.

                                                  /s/ *Ortrie D. Smith*
                                                  **ORTRIE D. SMITH**
                                             **UNITED STATES DISTRICT JUDGE**

Date: March 1, 2011